**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 00-7675**

───────────

UNITED STATES OF AMERICA,

                              Plaintiff - Appellee,

        versus

JULEEN BROWN, a/k/a Carol Baxter,

                              Defendant - Appellant.

───────────

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  Richard L. Williams, Senior District Judge.  (CR-96-108, CA-00-704-3)

───────────

Submitted:  February 8, 2001          Decided:  February 15, 2001

───────────

Before WILKINS, MOTZ, and TRAXLER, Circuit Judges.

───────────

Dismissed by unpublished per curiam opinion.

───────────

Juleen Brown, Appellant Pro Se.  Stephen Wiley Miller, OFFICE OF THE UNITED STATES ATTORNEY, Richmond, Virginia, for Appellee.

───────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Juleen Brown appeals the district court's order denying her motion styled "Petition for Writ of Error Coram Nobis pursuant to 28 U.S.C. § 60(b)(6) of the Federal Rules of Civil Procedure and the recent Supreme Court decision in Apprendi v. New Jersey." Specifically, she claims error in the district court's construction of the motion as a successive motion pursuant to 28 U.S.C.A. § 2255 (West Supp. 2000), and its denial of the motion for lack of jurisdiction because Brown failed first to obtain leave of this court to file a successive § 2255 motion. 28 U.S.C.A. § 2255.

We have reviewed the record and the district court's memorandum opinion and order and find no reversible error. Because Brown's motion seeks to attack the legality of her sentence, the district court properly construed the motion under § 2255, and also properly dismissed it under the gatekeeping provisions of the Antiterrorism and Effective Death Penalty Act of 1996. Accordingly, we deny a certificate of appealability and dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2